

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 1:22-cr-00 140-JAW |
| | ) |
| PAUL A. ARCHER | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Attempt to Evade or Defeat Tax
(26 U.S.C. 7201)

From about April 2018 through about November 2019, in the District of Maine and elsewhere, the defendant,

**PAUL A. ARCHER,**

willfully attempted to evade and defeat the payment of substantial income taxes due and owing by him to the United States of America, for the calendar years 2013, 2014, and 2015, by committing the following affirmative acts, among others:

a) Preparing and filing with the Internal Revenue Service a Form 1040 for the 2015 tax year claiming a previously disallowed net operating loss;

b) Causing to be incorporated the Delaware business entities Max Tune Up LLC and Stealth Kit LLC by and through the use of the defendant's father as a nominee;

c) Maintaining beneficial ownership of Max Tune Up LLC and Stealth Kit LLC by and through the use of the defendant's father as a nominee;

d) Selling his personal residence in Hampden, Maine, and concealing the sale proceeds by using bank accounts held in the names of Max Tune Up LLC, Stealth Kit LLC, and the defendant's family members;

e) Concealing assets and income by using bank accounts held in the names of Max Tune Up LLC, Stealth Kit LLC, and the defendant's family members;

f) Filing and causing to be filed on his behalf a Chapter 7 bankruptcy petition and schedules in the U.S. Bankruptcy Court for the District of Maine, case number 19-10111, which contained knowingly false, misleading, and incomplete information;

g) During and in the course of the Chapter 7 bankruptcy proceeding in the U.S. Bankruptcy Court for the District of Maine, case number 19-10111, providing knowingly false, misleading, and incomplete information in his sworn testimony; and

h) During and in the course of the Chapter 7 bankruptcy proceeding in the U.S. Bankruptcy Court for the District of Maine, case number 19-10111, objecting to the Chapter 7 Trustee's efforts to obtain additional information and extensions of time to examine the defendant's financial condition.

Thus, the defendant violated Title 26, United States Code, Section 7201.

Dated November 9, 2022, at Bangor, Maine.                    A TRUE BILL

*Joel B. Casey*
_____                    Signature Redacted – Original on file
ASSISTANT UNITED STATES ATTORNEY               with the Clerk's Office